■ DONNA MILLER, Appellant, v FUGAZY EXPRESS, INC., et al., Respondents.—Appeal from order, Supreme Court, New York County (Elliott Wilk, J.), entered on September 14, 1984, unanimously withdrawn in accordance with the terms of the

stipulation dated October 9, 1985. No opinion. Concur—Kupferman, J. P., Asch, Milonas and Rosenberger, JJ.